IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

WILLIAM J. KENNEDY,

    Defendant.

No. C 06-05383 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**

This matter is set for hearing on December 8, 2006, on Plaintiff's motion for preliminary injunction. The Court HEREBY ORDERS that Defendant's opposition shall be due by October 27, 2006. Plaintiff's reply shall be due by November 3, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE