IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM J. KENNEDY,

    Defendant.
_____/

No. C 06-05383 JSW

**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

This matter is set for hearing on December 8, 2006, on Plaintiff's motion for preliminary injunction. The Court has received the parties' stipulation to continue the hearing date to January 12, 2007, a date that is unavailable to the Court. Accordingly, the hearing is HEREBY CONTINUED to February 2, 2007 at 9:00 a.m. The initial case management conference will immediately follow the hearing, also on February 2, 2007 at 9:00 a.m. The parties' joint case management conference statement shall be filed no later than January 26, 2007.

**IT IS SO ORDERED.**

Dated: November 9, 2006

    /s/
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Phyllis J. Hamilton