**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:06-cv-5383 |
| Plaintiff, ) | (Proposed) ORDER ON JOINT APPLICATION UPON STIPULATION FOR MODIFICATION OF ORDER RE: PRELIMINARY INJUNCTION |
| vs. ) | |
| WILLIAM J. KENNEDY, individually and d.b.a. AMERICAN LEGAL SERVICES and EAR OF MALCHUS, ) | |
| Defendant. ) | |

UPON THE JOINT APPLICATION AND STIPULATION OF THE UNITED STATES AND THE DEFENDANT, and for good cause appearing,

IT IS HEREBY ORDERED that the Court's Order and Injunction entered on February 2, 2007 is modified by DELETING in total from Page 5 of the Order the following language:

"Finally, the Court ORDERS that Kennedy, and his associated entities, agents servants, employees , attorneys, and those persons acting in concert with him: "(1) to remove from his website all abusive-tax-scheme promotional material, false commercial speech, and material designed to incite others imminently to violate the law (including tax laws); (2) to display prominently on the first page of his website a complete copy of this Preliminary Injunction Order (in at least a 12-point font size) within 10 days of the date of this Order; and (3) to maintain the purged website, with the Preliminary Injunction Order prominently displayed, until such time as this Court orders otherwise. Defendant shall bear all expenses associated with posting the Court's order and maintaining his website during the period. Kennedy must file a

---

ORDER MODIFYING RE: ORDER AND
PRELIMINARY INJUNCTION

sworn certificate of compliance swearing that he has complied with this portion of the order within ten days of the date of this order."

Date: February 8, 2007

_____
Judge, United States District Court

Approved as to form:

 /s/ Montie S. Day
MONTIE S. DAY (Cal. Bar #73327)
DAY LAW OFFICES
P.O. Box 1045
Shoshone, ID 83352
Tel: (208) 280-3766
Fax: (202) 544-7070
email: oyad@aol.com


/s/Thomas M. Newman
THOMAS M. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 616-9926
thomas.m.newman@usdoj.gov
attorney for the United States

---

ORDER MODIFYING RE: ORDER AND
PRELIMINARY INJUNCTION

- 2 -