IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 06-05383 JSW |
| v. | |
| WILLIAM J. KENNEDY, | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| Defendant. / | |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: February 12, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom